NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KALVIN DEVON PRINGLE,               )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D18-112
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
_____     )

Opinion filed August 3, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Kalvin Devon Pringle, pro se.


PER CURIAM.


        Affirmed.


KHOUZAM, BLACK, and LUCAS, JJ., Concur.